IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
            v.                    :
                                  :
KEVIN BAILEY                      :          NO. 19-224-2

ORDER

AND NOW this 21st day of December, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Kevin Bailey for a sentence reduction and compassionate release (Doc. # 139) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.